UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 10-1493 DSF | Date | 4/16/12 |
|---|---|---|---|
| Title | In re Thorpe Insulation Co. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Bankruptcy Court

Pursuant to the Order and Amended Opinion of the Court of Appeals, this case is remanded to the bankruptcy court "to permit Appellants to submit their proof on all issues they previously preserved."

IT IS SO ORDERED.